AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>EMMA CORONEL AISPURO<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00240
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/17/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___2011 through January 17, 2017___ in the county of ___Mexico and elsewhere___ in the

_____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 959(a), 960, 963 | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin, 500 Grams or More of Methamphetamine, and 1000 Kilograms or More of Marijuana for Importation into the United States |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Eric McGuire

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Eric McGuire
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/17/2021___

_____
*Judge's signature*

City and state: ___Washington, District of Columbia___

Hon. G. Michael Harvey, U.S. Magistrate Judge
_____
*Printed name and title*