UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.: 21-mj-240** |
| | ) | |
| v. | ) | |
| | ) | **UNDER SEAL** |
| **EMMA CORONEL AISPURO,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon Motion of the United States for an order to unseal the case and for good cause shown, it is hereby,

ORDERED that the case and docket in the above-captioned matter be unsealed.

DATED: February 22, 2021

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3