UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21–MJ–00240 |
| v. | : | |
| | : | |
| EMMA CORONEL AISPURO, | : | |
| | : | February 23, 2021 |
| Defendant. | : | |

## ORDER

The Court has reviewed defendant's motion for admission of attorney Jeffrey Lichtman

*pro hac vice*.  Upon consideration of that motion, the Court grants attorney Jeffrey Lichtman *pro*

*hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: March 1, 2021

_____
HON.  ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA