UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
       -against-                                              :      **NOTICE OF APPEARANCE**
                                                                :
EMMA CORONEL AISPURO,                                           :      Criminal 1:21-MJ-240
                                                                :
       Defendant.                                              :
                                                                :
----------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Jeffrey Lichtman, Esq., Law Offices of Jeffrey Lichtman, 11 East 44th Street, Suite 501, New York, New York 10017, appear on behalf of defendant EMMA CORONEL AISPURO in the above-captioned case.

Dated:    New York, New York
            March 4, 2021

                                                        **JEFFREY LICHTMAN, ESQ.** (*Pro Hac Vice*)
                                                        LAW OFFICES OF JEFFREY LICHTMAN
                                                        11 EAST 44th STREET, SUITE 501
                                                        NEW YORK, NEW YORK 10017
                                                        Ph: (212) 581-1001
                                                        Fx: (212) 581-4999
                                                        jl@jeffreylichtman.com